FAMILY & CHILDREN SERVICES

# CERTIFICATE OF PARTICIPATION

*May it be known that this Certificate has been presented for*

*Participation*

Jonathan Mendoza

(8) Sessions of

*Open To Change / Living In Balance*

The 28th day of
Aug , 2017

Nicholas Thompson RADT-I



FAMILY & CHILDREN SERVICES

᙭ CERTIFICATE OF COMPLETION ᙭

*May it be known that this Certificate is presented to*

*Johnathan Montoya*

*For Completion of (12) Sessions of*

*Open To Change / Living In Balance Curricula*

The 3rd day of
October, 2017

Amy Brinkman,MA,MPH,LAADC-CA

# Milpitas Adult Education

## CERTIFICATE OF ACHIEVEMENT

### Is hereby awarded to

*Jonathan Mendez*

For successfully completing the requirements of the Milpitas Adult Education's

Computer Literacy Curriculum in:

**Microsoft Word 2010**

On October 10, 2017

Instructor, Milpitas Adult Education Program

 **Milpitas Adult Education**
**1331 E. Calaveras Blvd.**
**Milpitas, CA 95035**
**(408) 957-5484   Fax (408) 956-9032**

To Whom It May Concern:

The certificate on the reverse side indicates that the individual named thereon has completed <u>**40**</u> <u>**Hours**</u> at Milpitas Adult Education

To attain a Certificate in **Microsoft Word 2010**, the student completed the following training

- **Customizing the Ribbon**
- **Using the Quick access toolbar**
- **Editing  and proof reading documents**
- **Using  graphics and design tables**
- **Incorporating  Smart Art, Charts and Graphs**

If you have any questions regarding this certificate, or if you require further information, please do not hesitate to contact me.

Sincerely,

Principal
Adult Education

**MAE embossment indicates an authentic certificate.**

# Milpitas Adult Education

## Certificate of Completion

### Jonathan Mendoza

*For successfully completing 12 weeks instruction of the Milpitas Adult Education's 3R's Program:*

**3R's: Re-Educate, Rehabilitate, Re-Entry**

October 10, 2017





_Mr. Tyron McGee_

Instructor Milpitas Adult Education

# Milpitas Adult Education

## CERTIFICATE OF ACHIEVEMENT

Awarded to

*Johnathan Mendoza*

For successfully completing the requirements of the Milpitas Adult Education's

Computer Literacy Curriculum in:

**Advanced Microsoft Word 2010**

On 10/11/2017



Instructor *Milpitas Adult Education Program*



**Milpitas Adult Education**
**1331 E. Calaveras Blvd.**
**Milpitas, CA 95035**
**(408) 957-5484   Fax (408) 956-9032**

To Whom It May Concern:

The certificate on the reverse side indicates that the individual named thereon has completed **40 Hours** at Milpitas Adult Education

To attain a Certificate in **Advanced Microsoft Excel 2010**, the student completed the following training

- **Create spreadsheets and advanced charts**
- **Add graphic elements**
- **Create trend lines and insert spark lines**
- **Manipulate templates and settings**
- **Create Pivot Tables and Pivot Charts**
- **Use advanced logical, statistical, financial and date functions**

If you have any questions regarding this certificate, or if you require further information, please do not hesitate to contact me.

Sincerely,

Principal
Adult Education

**MAE embossment indicates an authentic certificate.**







# Santa Clara County Sheriff's Office Programs Unit
## Re-Entry Corrections Program (RCP)

### TABLE TOPIC SPEECH

THIS CERTIFICATE IS AWARDED TO

*Jonathan Mendoza*

October 12, 2017

RCP Rehabilitation Officer
(408)586-5657

# Milpitas Adult Education

## CERTIFICATE OF ACHIEVEMENT

### Is Awarded to

*Johnathan Mendoza*

For successfully completing the requirements of the Milpitas Adult Education's

Computer Literacy Curriculum in:

**Microsoft Excel 2010**

On October 13, 2017

Instructor Milpitas Adult Education Program



**Milpitas Adult Education**
**1331 E. Calaveras Blvd.**
**Milpitas, CA 95035**
**(408) 957-5484   Fax (408) 956-9032**

To Whom It May Concern:

The certificate on the reverse side indicates that the individual named thereon has completed **40 Hours** at Milpitas Adult Education

To attain a Certificate in **Microsoft Excel 2010**, the student completed the following training

- **Designing and creating spreadsheets**
- **Creating formulas with Function Wizard and manually**
- **Creating and modifying graphs and charts**
- **Editing equations and troubleshooting errors**
- **Formatting spreadsheets, graphs and lists for printing**

If you have any questions regarding this certificate, or if you require further information, please do not hesitate to contact me.

Sincerely,

*Principal*
Adult Education

# Milpitas Adult Education

## CERTIFICATE OF ACHIEVEMENT

Is hereby awarded to

*Johnathan Mendoza*

For successfully completing the requirements of the Milpitas Adult Education's

Computer Literacy Curriculum in:

**Advanced Microsoft PowerPoint 2010**

On November 17, 2017

*Instructor Milpitas Adult Education Program*



**Milpitas Adult Education**
**1331 E. Calaveras Blvd.**
**Milpitas, CA 95035**
**(408) 957-5484   Fax (408) 956-9032**

To Whom It May Concern:

The certificate on the reverse side indicates that the individual named thereon has completed <u>40 Hours</u> at Milpitas Adult Education

To attain a **Certificate in Advanced Microsoft PowerPoint 2010,** the student completed the following training

- **Customizing presentations**
- **Designing and editing slide masters**
- **Working with special effects**
- **Embedding charts, graphics, SmartArt and tables**
- **Creating, editing, customizing multimedia**
- **Setting up slide shows**
- **Prepare documents for sharing**
- **Converting presentations into other file formats**

If you have any questions regarding this certificate, or if you require further information, please do not hesitate to contact me.

Sincerely,

Principal
Adult Education

**MAE embossment indicates an authentic certificate.**

# Certificate of Participation

*This certificate honors*

## Johnathan Mendoza

In recognition of successful completion of the Parent Program

**Triple P: Positive Parenting Program**

**Elmwood Correctional**
701 S Abel St, Milpitas, CA 95035

Awarded On: November 30, 2017

Hector Tatis
Program Specialist
Family Strengthening & Support

Jonathan Velasquez
Program Specialist
Family Strengthening & Support

Triple P
Positive Parenting Program

FIRST 5
SANTA CLARA COUNTY

# Letter of Completion

The **Positive Parenting Program (Triple P)** is a multi-level system of family intervention for parents of children who have or at risk of developing behavior problems. It is a preventively oriented program that aims to promote, positive caring relationships between parents and their children, and to develop effective management strategies for dealing with a variety of childhood behavior problems and common development issues.

## Seminar 1: The Power of Positive Parenting

Here we establish the building blocks for the program as it introduces parents to the five core principles of positive parenting: having a safe, interesting environment for children; having a positive learning environment; using assertive discipline; having realistic expectations; and taking care of yourself as an parent.

## Seminar 2: Raising Competent, Confident Children

This builds on the seminar 1 and shows parents how they can use positive parenting principles to teach children important values and skills, including encouraging respect and cooperation, as well as how to get along with others, be independent, develop healthy self-esteem, and become good problem solvers. These skills enable children to do well both in school and beyond.

## Seminar 3: Raising Resilient Children

Here we focus on helping children learn emotion-regulation skills. Parents are often uncertain about how to respond to children's expression of emotion in ways that help children learn to manage their feelings. This seminar deals with how to help children recognize and accept feelings, express their feelings appropriately, build positive feelings, deal with negative feelings, develop coping skills, and deal with upsetting or stressful life events.

Sincerely,

Jefferey Wallace  – Facilitator

In collaboration with:





Santa Clara County Sheriff's Office Programs Unit
Re-Entry Corrections Program (RCP)

PREPARED SPEECH EVALUATOR ONE MINUTE

THIS CERTIFICATE IS AWARDED TO

*Jonathan Mendoza*

November 30, 2017

RCP Rehabilitation Officer
(408) 555-5555



Santa Clara County Sheriff's Office Programs Unit
Re-Entry Corrections Program (RCP)

PREPARED SPEECH FIVE MINUTES

THIS CERTIFICATE IS AWARDED TO

*Jonathan Mendoza*

November 30, 2017

RCP Rehabilitation Officer
(408) 586-5657



Santa Clara County Sheriff's Office Programs Unit
Re-Entry Corrections Program (RCP)

PREPARED SPEECH ONE MINUTE

THIS CERTIFICATE IS AWARDED TO

*Jonathan Mendoza*

November 30, 2017

RCP Rehabilitation Officer
(408) 586-5657



Santa Clara County Sheriff's Office Programs Unit
Re-Entry Corrections Program (RCP)

PREPARED SPEECH EVALUATOR FIVE MINUTES

THIS CERTIFICATE IS AWARDED TO

*Jonathan Mendoza*

November 30, 2017

RCP Rehabilitation Officer
(408) 586-5637

# Milpitas Adult Education

## CERTIFICATE OF ACHIEVEMENT

### Is Awarded to

*Johnathan Mendoza*

For successfully completing the requirements of the Milpitas Adult Education's

Computer Literacy Curriculum in:

**Advanced Microsoft Excel 2010**

On December 1, 2017



*Instructor Milpitas Adult Education Program*



Santa Clara County Sheriff's Office Programs Unit
Re-Entry Corrections Program (RCP)

PREPARED SPEECH ONE MINUTE

THIS CERTIFICATE IS AWARDED TO

*Jonathan Mendoza*

December 8, 2017

RCP Rehabilitation Officer
(408)

# Milpitas Adult Education

## Certificate of Achievement

### Johnathan Mendoza

*For successfully completing 24 weeks of instruction in Milpitas Adult Education's 3Rs Program:*

### 3Rs: Re-Educate, Rehabilitate, Re-Entry

*On December 19, 2017*



*Ms. Starlene**

Instructor Milpitas Adult Education



Santa Clara County
Office of the Sheriff / Department of Correction
Programs Unit
Presents

CERTIFICATE
OF
COMPLETION

TO

*Jonathan Mendoza*

IN RECOGNITION OF COMPLETING THE 12 WEEK

REENTRY CORRECTION PROGRAM PHASE 1

December 25, 2017

Rehabilitation Officer

Office of the Sheriff / Department of Correction
Programs Unit



SANTA CLARA COUNTY
OFFICE OF THE SHERIFF PROGRAMS UNIT
RE-ENTRY CORRECTIONS PROGRAM

SERVICE AWARD

"BIG BROTHER"
RCP

THIS CERTIFICATE IS AWARDED TO

Jonathan Mendoza

_December 29, 2017_

This certificate is in appreciation for mentoring his "Little Brother" Santos Mendoza through the first several weeks of Phase I of the Re-Entry Corrections Program (R.C.P.), at the Elmwood Correctional Facility



R.C.P. REHABILITATION OFFICER
(408) 586-5191

SANTA CLARA COUNTY
OFFICE OF THE SHERIFF PROGRAMS UNIT
RE-ENTRY CORRECTIONS PROGRAM

## SERVICE AWARD

## "BIG BROTHER"

## RCP

THIS CERTIFICATE IS AWARDED TO

## Jonathan Mendoza

*December 29, 2017*

This certificate is in appreciation for mentoring his "Little Brother" Jacob Hawkinson through the first several weeks of Phase I of the Re-Entry Corrections Program (R.C.P.) at the Elmwood Correctional Facility



R.C. REHABILITATION OFFICER
(408) 586-2591



Certificate of Recognition

Presented to

JOHNATHAN MENDOZA

For Program Participation

In the

12-Week PARENTING INSIDE OUT

With Gardner Family Care Corp.

Donna Coleman, ASW
Mental Health Therapist

Amy Rice, LMFT
Dual Diagnosis Program Supervisor
January 3, 2018