## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### <u>CRIMINAL MINUTES</u>

**Date:** June 11, 2018      **Time:** 1:44-1:45 pm      **Judge:** Edward J. Davila

**Total Time:** 1 Min.

**Case No.**: 18-cr-00092-EJD-1      **Case Name:** UNITED STATES v. Jonathan Joel Mendoza(P)(C)

**Attorney for Plaintiff:** John Bostic

**Attorney for Defendant:** Tamara Crepet

**Deputy Clerk:** Adriana M. Kratzmann      **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A      **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE

Defendant is present and in-custody.  Hearing held.
Counsel requested the matter be continued to allow for additional time for the Government to obtain additional discovery, specifically materials from the SJPD and to allow defendant to review the additional discovery. The Government had no objection.
The Court granted the request and continued the matter to 8/6/2018.
The Court ordered time exclusion from 6/11/2018 through 8/6/2018 for effective preparation of counsel.

**CASE CONTINUED TO: August 6, 2018 1:30 P.M. for Further Status Conference.**

---

**EXCLUDABLE DELAY:**
Category – Effective preparation of counsel.
Begins – 6/11/2018
Ends – 8/6/2018

---

Adriana M. Kratzmann
**Courtroom Deputy**
**Original: Efiled**
**CC:**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter